$\mathcal{AE}$

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT MEYERS,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )       No.   05 C 4447
                                        )
SMITH-NEPHEW RICHARDS,                  )
                                        )
                    MEMORANDUM ORDER

    This Court appreciates the effort by counsel for Smith and

Nephew, Inc. (mistakenly sued as Smith-Nephew Richards) to

correct the errors in its original Answer and Affirmative

Defenses to the Complaint in this action, as directed by this

Court's brief October 27, 2005 memorandum order ("Order").   But

one aspect of the newly-filed First Amended Answer ("FAA")

remains puzzling.   Even though the Order's directive to conform

to the language in the second sentence of Fed. R. Civ. P. 8(b)--a

directive that has been followed properly by counsel in the new

responsive pleading--also pointed out the impropriety of a denial

of allegations as to which a proper disclaimer is filed, counsel

has followed each such proper disclaimer by stating "and

therefore denies those allegations."   That is of course

oxymoronic when voiced in conjunction with a statement of the

lack of "knowledge or information sufficient to form a belief as

to the truth of the averments."

    Accordingly the words "and therefore denies those

allegation" are stricken wherever they appear in the FAA (no new

pleading needs to be filed to reflect that).

_____

Milton I. Shadur
Senior United States District Judge

Date:   November 9, 2005